```
HAGOP T. BEDOYAN, CSB NO. 131285
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com
```

Proposed Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>WEST COAST GROWERS, INC.,<br><br>          Debtor. | Case No. 15-11079<br><br>Chapter 11<br><br>DC No.  KDG-1<br><br>Emergency Hearing Date: March 26, 2015<br>Emergency Hearing Time: 3:00 p.m.<br>Place:  United States Bankruptcy Court<br>          2500 Tulare Street, Fifth Floor<br>          Department B, Courtroom 12<br>          Fresno, California<br>Judge: Honorable W. Richard Lee |

### NOTICE OF HEARING ON MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION

TO DEBTOR, THE UNITED STATES TRUSTEE, SECURED CREDITORS, TWENTY LARGEST UNSECURED CREDITORS, PARTIES IN INTEREST, AND PARTIES REQUESTING SPECIAL NOTICE:

      NOTICE IS HEREBY GIVEN that a preliminary hearing on the *Motion to Use Cash Collateral and Grant Adequate Protection* ("Motion") will be heard by the Honorable W. Richard Lee, at the date and time noted above, at the United States Bankruptcy Court, Courtroom 12, Fifth Floor, 2500 Tulare Street, Fresno, California.

      By the Motion, West Coast Growers, Inc. ("Debtor") is requesting a "First Day Order" under LBR 9014-1(f)(4), for authority to use cash collateral. Debtor's cash collateral includes money on deposit and cash on hand on the petition date, accounts receivable, and raisins in inventory. Debtor's grower suppliers and its bank assert liens against the cash collateral.

Debtor filed its Chapter 11 bankruptcy petition on March 20, 2015. The Motion requests an order authorizing Debtor to (1) process and sell raisins in inventory to generate accounts receivable, and use money on deposit, cash on hand, and accounts receivable it collects to pay post-petition operating expenses as described in the Budget included with the *Exhibits in Support of Motion to Use Cash Collateral and Grant Adequate Protection* ("Exhibits"); and (2) provide Debtor's growers that delivered raisins in 2014, and Debtor's bank, Central Valley Community Bank, with adequate protection for using their collateral.

In a Chapter 11 case, a debtor is not permitted to use cash collateral without court permission. Debtor cannot operate its business processing raisins from growers, and cleaning, processing, conditioning, reconditioning, and shipping them worldwide, without using money on deposit, cash on hand, and its collected accounts receivable, to pay operating expenses.

Debtor proposes to continue to process and sell raisins in inventory and use the funds generated to operate, and to pay the funds remaining after paying operating costs (which are described in the Budget) to growers with liens against the raisins and proceeds.

Details regarding the relief requested are in the Motion, Exhibits, and the Declaration of Charlotte E. Salwasser filed in support of the Motion, which are available upon request.

No party in interest is required to file written opposition to the Motion. Opposition, if any, to the granting of the Motion may be presented at the preliminary hearing on the Motion pursuant to Local Rule 9014-1(f)(2)(C). A party in interest may schedule a telephonic appearance by calling Court Conference at (866) 582-6878 no later than 4:00 p.m. the day prior to the court hearing date.

Requests for further information concerning the Motion should be directed to the undersigned

Date: March 23, 2015

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By _____
HAGOP T. BEDOYAN
Proposed Attorneys for Debtor-in-Possession