13

HAGOP T. BEDOYAN, CSB NO. 131285
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com

Proposed Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>WEST COAST GROWERS, INC.,<br><br>Debtor. | Case No. 15-11079<br><br>Chapter 11<br><br>DC No. KDG-1<br><br>Emergency Hearing Date: March 26, 2015<br>Emergency Hearing Time: 3:00 p.m.<br>Place:     United States Bankruptcy Court<br>          2500 Tulare Street, Fifth Floor<br>          Department B, Courtroom 12<br>          Fresno, California<br>Judge: Honorable W. Richard Lee |

**EXHIBITS IN SUPPORT OF MOTION TO USE CASH COLLATERAL
AND GRANT ADEQUATE PROTECTION**

| Exhibit | Document Description | Page Range |
|---|---|---|
| A | Budget – March 29, 2015 through May 2, 2015 | 2 |
| B | UCC-1 Financing Statements filed with the California Secretary of State by Central Valley Community Bank | 3-13 |

Date: March 23, 2015

        KLEIN, DeNATALE, GOLDNER,
        COOPER, ROSENLIEB & KIMBALL, LLP

        By /s/ Hagop T. Bedoyan for
        HAGOP T. BEDOYAN
        Proposed Attorneys for Debtor-in-Possession

3FC9679

1

| West Coast Growers, Inc Estimated Cash Flows Mar 22 - May 2, 2015 | | | | | | |
|---|---|---|---|---|---|---|
| | Mar 22-28 | Mar 29-Apr 4 | Apr 5-11 | April 12-18 | Apr 19-25 | Apr 26-May 2 |
| Rental | | | | | | |
| Cash Receipts | $ 400,000 | $ 400,000 | $ 400,000 | $ 400,000 | $ 400,000 | $ 400,000 |
| **Approx Incoming Cash** | **$ 400,000** | **$ 400,000** | **$ 400,000** | **$ 400,000** | **$ 400,000** | **$ 400,000** |
| | | | | | | |
| Expenses: | | | | | | |
| Materials @ Std | $ 45,000 | $ 45,000 | $ 18,500 | $ 60,000 | $ 72,000 | $ - |
| Freight expense - Outbound | $ 81,000 | $ 81,000 | $ 81,000 | $ 81,000 | $ 81,000 | $ 81,000 |
| Hourly Labor - Direct | $ 25,364 | $ 29,814 | $ 25,364 | $ 28,464 | $ 25,364 | $ 29,814 |
| Insider Labor | $ 3,657 | $ 3,657 | $ 3,657 | $ 3,657 | $ 3,657 | $ 3,657 |
| O/S Services - Inspections | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| O/S Services - Pest Control | $ - | $ 13,837 | $ - | $ - | $ - | $ 13,837 |
| O/S Services - Other | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 10,000 |
| Brokerage Domestic | $ 9,000 | $ - | $ - | $ - | $ 9,000 | $ - |
| Supplies Maintenance | $ - | $ 5,000 | $ - | $ 5,000 | $ - | $ 5,000 |
| Utilities Electric | $ - | $ 6,500 | $ - | $ - | $ - | $ 8,000 |
| Utilities Waste Treatment | $ - | $ - | $ 450 | $ - | $ - | $ - |
| Payroll Taxes | $ 3,970 | $ 4,168 | $ 3,970 | $ 4,000 | $ 3,970 | $ 4,168 |
| R&M Plant Equipment | $ 5,000 | $ 10,000 | $ 5,000 | $ 10,000 | $ 5,000 | $ 10,000 |
| R&M Forklifts Vehicles | $ - | $ 7,500 | $ - | $ - | $ - | $ 7,500 |
| R&M Gas Oil & Grease (PROPANE) | $ - | $ 2,000 | $ - | $ - | $ 2,000 | $ - |
| Supplies Office | $ - | $ - | $ 250 | $ - | $ - | $ - |
| Supplies Misc | $ 5,000 | $ 10,000 | $ 5,000 | $ 10,000 | $ 5,000 | $ 10,000 |
| Supplies Maintenance | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Telephone Local | $ - | $ - | $ 1,000 | $ - | $ - | $ - |
| Rent & Lease Other - Copy Machine | $ - | $ - | $ 250 | $ - | $ - | $ - |
| Rent & Lease Other - Wireless Internet | $ - | $ 399 | $ - | $ - | $ - | $ - |
| Property Tax - Plant per lease agreement | $ - | $ - | $ 14,000 | $ - | $ - | $ - |
| Insurance General | $ - | $ - | $ 13,500 | $ - | $ - | $ - |
| Employee Benefits Insurance | $ - | $ 38,000 | $ - | $ - | $ - | $ 38,000 |
| Insurance Work Comp | $ - | $ - | $ 11,000 | $ - | $ - | $ - |
| Legal Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| UST Fees | $ - | $ - | $ - | $ - | $ - | $ 1,950 |
| CRO Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounting Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expenses** | **$ 199,991** | **$ 278,875** | **$ 204,941** | **$ 224,121** | **$ 228,991** | **$ 237,926** |
| | | | | | | |
| **Net Available for Grower Payables** | **$ 200,009** | **$ 121,125** | **$ 195,059** | **$ 175,879** | **$ 171,009** | **$ 162,074** |



Exhibit A

Page a

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
LOAN SERVICES (559)298-1775

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

CENTRAL VALLEY COMMUNITY BANK, a California Corporation
600 POLLASKY AVENUE
CLOVIS, CA 93612

05-7022397015
04/07/2005 17:00

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

3208090002    UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WEST COAST GROWERS, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4087 N. HOWARD | KERMAN | CA | 93630 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: CA | 1g. ORGANIZATIONAL ID #, if any: C1860722  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CENTRAL VALLEY COMMUNITY BANK, a California Corporation | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 600 POLLASKY AVENUE, P.O. BOX 3030 | CLOVIS | CA | 93612 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory and Accounts; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☒ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
State of California - #10026-

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Exhibit B
Page 3

Harland Financial Solutions
400 S.W. 6th Avenue, Portland, Oregon 97204

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
LINDA BORK
(559) 298-1775

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CENTRAL VALLEY COMMUNITY BANK
P.O. BOX 3030
600 POLLASKY AVENUE
Clovis, CA 93613-3030
USA

DOCUMENT NUMBER: 6047530002
FILING NUMBER: 05-70507960
FILING DATE: 12/05/2005 14:43
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
05-7022397015

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any  ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ADDITION OF THE FOLLOWING COLLATERAL:

CHATTEL PAPER AND GENERAL INTANGIBLES

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.
a. ORGANIZATION'S NAME
CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION
OR
b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
L0026 - West Coast Growers, Inc. (120505OHNIEB)

FILING OFFICE COPY

Exhibit B
Page 4

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
LOAN SERVICING
(559) 323-3377

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CENTRAL VALLEY COMMUNITY BANK
P.O. BOX 3030
7100 N. FINANCIAL DR., STE #101
FRESNO, CA 93720-3030
USA

DOCUMENT NUMBER: 20703330002
FILING NUMBER: 09-71934615
FILING DATE: 04/13/2009 14:48
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
05-7022397015

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS   ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

All of the assets and personal property of Debtor and/or Grantor, wherever located, and now owned or hereafter acquired or arising, including: (a) all accounts; (b) all chattel paper; (c) all inventory; (d) all instruments; (e) all investment property; (f) all documents; (g) all deposit accounts; (h) all letter of credit rights; (i) all general intangibles; (j) all intellectual property; (k) all goods; (l) all supporting obligations of any of the foregoing; and (m) any and all claims, rights and interests in any of the foregoing and all substitutions for, additions and accessions and all cash and non-cash proceeds of any of the foregoing, in whatever form (including proceeds in the form of inventory, equipment or any other form of personal property), including proceeds of proceeds, insurance proceeds and all claims against third parties for loss or damage to or destruction of any or all of the foregoing.

Whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION | | | |
| OR b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
STATE OF CA LN #10026 WEST COAST GROWERS

FILING OFFICE COPY

Exhibit ___B___

Page ___5___

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 05-7022397015 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME |  |  |
|---|---|---|---|
| OR | CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 20703330002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

13. Use this space for additional information

any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

**FILING OFFICE COPY**

Exhibit _B_

Page _6_

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
LOAN SERVICING
(559) 323-3377

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CENTRAL VALLEY COMMUNITY BANK
P.O. BOX 3030
7100 N. FINANCIAL DR., STE #101
FRESNO, CA 93720-3030
USA

DOCUMENT NUMBER: 24059270002
FILING NUMBER: 10-72235637
FILING DATE: 02/22/2010 16:12
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
05-7022397015

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these. Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION | | | |
| OR b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
West Coast #10026

FILING OFFICE COPY

Exhibit _____B_____

Page _____7_____

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
LOAN SERVICING
(559) 323-3377

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CENTRAL VALLEY COMMUNITY BANK
P.O. BOX 3030
7100 N. FINANCIAL DR., STE #101
FRESNO, CA 93720-3030
USA

DOCUMENT NUMBER: 24330060002
FILING NUMBER: 10-72259174
FILING DATE: 03/18/2010 11:31
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
05-7022397015

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS  ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any  ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

All of the assets and personal property of Debtor and/or Grantor, wherever located, and now owned or hereafter acquired or arising, including: (a) all accounts; (b) all chattel paper; (c) all inventory; (d) all instruments; (e) all investment property; (f) all documents; (g) all deposit accounts; (h) all letter of credit rights; (i) all signage; (j) all web sites; (k) all telephones; (l) all doing business as (DBA); (m) all general intangibles; (n) all intellectual property; (o) all goods; (p) all supporting obligations of any of the foregoing; and (q) any and all claims, rights and interests in any of the foregoing and all substitutions for, additions and accessions and all cash and non-cash proceeds of any of the foregoing, in whatever form (including proceeds in the form of inventory, equipment or any other form of personal property), including proceeds of proceeds, insurance proceeds and all claims against third parties for loss or damage to or destruction of any or all of the foregoing.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION | | | |
| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
STATE OF CA Ln#10026

FILING OFFICE COPY

Exhibit B

Page 8

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 05-7022397015 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME |  |  |
|---|---|---|---|
| OR | CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 24330060002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

13. Use this space for additional information

Whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

FILING OFFICE COPY

Exhibit __B__

Page __9__

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Debra Williams
(559) 323-3374

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CENTRAL VALLEY COMMUNITY BANK
7100 N FINANCIAL DR STE 101
P.O. BOX 3030
FRESNO, CA 93720-3030
USA

DOCUMENT NUMBER: 46867760002
FILING NUMBER: 15-74467633
FILING DATE: 01/23/2015 09:22

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
05-7022397015

**1b.** [ ] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** [ ] ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** [X] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** [ ] PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects [ ] Debtor or [ ] Secured Party of record.
AND Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c
[ ] ADD name: Complete item 7a or 7b, and item 7c
[ ] DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**8.** [ ] COLLATERAL CHANGE: Also check one of these four boxes: [ ] ADD collateral [ ] DELETE collateral [ ] RESTATE covered collateral [ ] ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

a. ORGANIZATION'S NAME
CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION

b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**
Logoluso ln#10049

Exhibit B
Page 10

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Debra Williams
(559) 323-3374

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CENTRAL VALLEY COMMUNITY BANK
7100 N FINANCIAL DR STE 101
P.O. BOX 3030
FRESNO, CA 93720-3030
USA

DOCUMENT NUMBER: 46867760003
FILING NUMBER: 15-74467656
FILING DATE: 01/23/2015 09:25

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
05-7022397015

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:    AND   Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record.    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| a. ORGANIZATION'S NAME: CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION | | | |
|---|---|---|---|
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
West Coast Growers Ln 10026

**FILING OFFICE COPY**

Exhibit ___B___
Page ___11___

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
LOAN SERVICING
(559) 323-3377

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CENTRAL VALLEY COMMUNITY BANK
P.O. BOX 3030
7100 N. FINANCIAL DR., STE #101
FRESNO, CA 93720-3030
USA

DOCUMENT NUMBER: 24320530002
FILING NUMBER: 10-7225837055
FILING DATE: 03/17/2010 15:22
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WEST COAST GROWERS, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4087 N. HOWARD AVENUE | KERMAN | CA | 93630 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION: CORPORATION | 1f. JURISDICTION OF ORGANIZATION: CA | 1g. ORGANIZATIONAL ID#, if any ☑ NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7100 N. FINANCIAL DR., STE. 101 | FRESNO | CA | 93720 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All of the assets and personal property of Debtor and/or Grantor, wherever located, and now owned or hereafter acquired or arising, including: All equipment in addition to, but not limited to: ONE (1) HELIUS 1200 Front & Rear with 4 lasers (2 red and 2 infrared) Serial #HE181 Manufactured 06-2009; ONE (1) Feed shaker with dimpled SST deck; ONE (1) Modular reject belt; ONE (1) Cooling unit type
UC-0040 SST; ONE (1) Spare parts package; ONE (1) "Pax" system to enable remote control.

Whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☑ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
STATE OF CA LN#11616

FILING OFFICE COPY

Exhibit ___B___

Page ___12___

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| LOAN SERVICING (559) 323-3377 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CENTRAL VALLEY COMMUNITY BANK<br>P.O. BOX 3030<br>7100 N. FINANCIAL DR., STE #101<br>FRESNO, CA 93720-3030<br>USA |

DOCUMENT NUMBER: 24381280003
FILING NUMBER: 10-72262727
FILING DATE: 03/23/2010 10:09
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7225837055

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

Specific equipment in addition to, but not limited to: ONE (1) HELIUS 1200 Front & Rear with 4 lasers (2 red and 2 infrared) Serial #HE181 Manufactured 06-2009; ONE (1) Feed shaker with dimpled SST deck; ONE (1) Modular reject belt; ONE (1) Cooling unit type UC-0040 SST; ONE (1) Spare parts package; ONE (1) "Pax" system to enable remote control.

Whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME |
|---|
| CENTRAL VALLEY COMMUNITY BANK, A CALIFORNIA CORPORATION |

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**
STATE OF CA LN#11616 WEST COAST GROWERS

FILING OFFICE COPY

Exhibit____B____

Page____13____