# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| **Case Title :** | West Coast Growers, Inc. a California corporation | **Case No :** | 15–11079 – B – 11 |
|---|---|---|---|
| | | **Date :** | 03/26/2015 |
| | | **Time :** | 03:00 |

| **Matter :** | [9] – Motion/Application to Use Cash Collateral [KDG–1] Filed by Debtor West Coast Growers, Inc. a California corporation (jtis)<br>[9] – Motion/Application for Adequate Protection [KDG–1] Filed by Debtor West Coast Growers, Inc. a California corporation (jtis) |
|---|---|

| **Judge :** | W. Richard Lee | **Courtroom Deputy :** | Jennifer Dauer |
|---|---|---|---|
| **Department :** | B | **Reporter :** | Wood and Randall |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Hagop T. Bedoyan
**Respondent(s) :**
    Creditor's Attorney – Riley Walter, Micaela Neal, Hilton Ryder, Christopher Seymour, Jeffrey Prol (by phone), John Fiero (by phone)
    U.S. Trustee's Attorney – Gregory Powell
    Attorney for Interested Party – Thomas Armstrong
    Attorney for Interested Party – James Makasian

HEARING CONTINUED TO: 4/2/15 at 02:30 PM

The hearing was continued for the following reason(s):
Continued for further interim hearing

Approved as stated on the record for interim use of cash collateral

Set for final hearing on April 21, 2015 at 9:00 a.m.

Mr. Bedoyan to submit order