# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | West Coast Growers, Inc. a California corporation | **Case No :** | 15–11079 – B – 11 |
| | | **Date :** | 04/16/2015 |
| | | **Time :** | 02:30 |

**Matter :** [9] – Motion/Application to Use Cash Collateral [KDG–1] Filed by Debtor West Coast Growers, Inc. a California corporation (jtis)
[9] – Motion/Application for Adequate Protection [KDG–1] Filed by Debtor West Coast Growers, Inc. a California corporation (jtis)

| | | | |
|---|---|---|---|
| **Judge :** | W. Richard Lee | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
  Debtor(s) Attorney – Hagop T. Bedoyan
**Respondent(s) :**
  Creditor's Attorney – Micaela Neal, Riley Walter, Neal Costanzo
  U.S. Trustee's Attorney – Robin Tubesing


MOTION was :


ORDER TO BE PREPARED BY :   Hagop T. Bedoyan

Approved interim use of cash collateral.

Parties to file a joint statement of disputed issues prior to the final hearing on April 21, 2015.