Case 15-11079    Filed 04/17/15    Doc 90

**6**

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
LISA A. HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California  93704
Telephone: (559) 438-4374
Facsimile:  (559) 432-1847
Email: hbedoyan@kleinlaw.com;
       jeaton@kleinlaw.com; lholder@kleinlaw.com

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 15-11079-B-11 |
| WEST COAST GROWERS, INC., | Chapter 11 |
| Debtor-in-Possession. | DCN: KDG-1 |
| | <u>Further Interim Hearing</u><br>Date:  April 16, 2015<br>Time:  2:30 p.m.<br>Place: United States Bankruptcy Court<br>       2500 Tulare Street, Fifth Floor<br>       Department B, Courtroom 12<br>       Fresno, California<br>Judge: Honorable W. Richard Lee |
| | <u>Final Hearing</u><br>Date:  April 21, 2015<br>Time:  9:00 a.m.<br>Place: United States Bankruptcy Court<br>       2500 Tulare Street, Fifth Floor<br>       Department B, Courtroom 12<br>       Fresno, California<br>Judge: Honorable W. Richard Lee |

## THIRD INTERIM ORDER AUTHORIZING CASH COLLATERAL USE AND ADEQUATE PROTECTION AND <u>NOTICE OF FINAL HEARING</u>

RECEIVED
April 17, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005500436

On April 16, 2015, the Court held a further continued interim hearing on *Debtor's Motion to Use Cash Collateral and Grant Adequate Protection* (the "Motion") filed by West Coast Growers, Inc. (the "Debtor"). Hagop T. Bedoyan, Esq. of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, appeared on behalf of the Debtor. Robin Tubesing, Esq. appeared on behalf of the United States Trustee's Office. Neal E. Costanzo, Esq. of Costanzo & Associates, APC appeared on behalf of secured creditor, Sunbeam Raisin Company. Micaela L. Neal, Esq. of Wanger Jones Helsley PC appeared on behalf of secured creditor, Central Valley Community Bank. Riley C. Walter, Esq. of Walter & Wilhelm Law Group appeared on behalf of numerous secured creditors.

The Court, having considered the Motion and supporting pleadings and declarations, the information presented on the record at the hearing, and having stated findings of fact and conclusions of law on the record at the hearing, and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Motion is granted on a further interim basis through the date of May 2, 2015;

2. The Debtor is authorized to use cash collateral as set forth in the weekly budget attached as Exhibit "A" (the "Budget") with a 10% variance as to each line item in the Budget through May 2, 2015, provided that the Debtor's costs of operation do not exceed $0.235/lb. per processed pound.

3. The Debtor is authorized to use the cumulative amounts provided in each category in the Budget through May 2, 2015;

4. The Debtor is not authorized to pay George Salwasser any compensation, nor provide him with any other employee-related benefits, unless subsequently approved by the Court;

5. All proceeds received by the Debtor in excess of the expenses authorized by the Budget, with a 10% variance per line item, shall be segregated in a separate debtor-in-possession "Grower Account," with no disbursements allowed without further order of this Court;

6. Debtor shall provide Riley C. Walter, attorney for numerous growers, and Kurt F. Vote, attorney for Central Valley Community Bank, with a weekly report identifying the Debtor's actual cash receipts and expenditures, supported by documentation, such as copies of all checks written or withdrawals made and also copies of all deposits made, no later than the Tuesday following the end of the preceding calendar week; provided, however, that the Debtor shall provide Messrs. Walter and Vote notice of all deposits no later than the close of one business day after having made the deposits;

7. Subject to the agreement of Messrs. Walter and Vote, on behalf of their respective clients, the Debtor shall be authorized to further use cash collateral beyond May 2, 2015, by way of stipulation and order without the need for a further hearing on the Motion, provided that said stipulation with attached budgets are served on the Debtor's 20 Largest Unsecured Creditors, all of the Debtor's grower creditors listed on the Debtor's Amended Schedule D, Central Valley Community Bank, those parties requesting special notice, George Salwasser and the Office of the United States Trustee, one week prior to the expiration of the previous cash collateral budget.  Any party wishing to object to further cash collateral use may do so by filing an objection to further cash collateral use and setting the matter for hearing before the undersigned;

8. The Debtor shall provide Messrs. Walter and Vote an informal daily estimate of existing inventory levels by email no later than the close of business on the subsequent day. Reports for Friday's inventory level can be provided no later than the close of business on the following Monday;

9. Parties shall file a joint statement of disputed issues prior to the final hearing; and

10. A final hearing on the Motion shall take place before the undersigned on April 21, 2015 at 9:00 a.m.

///

///

///

APPROVED AS TO FORM AND CONTENT:

WANGER JONES HELSLEY PC

By: /s/ Micaela L. Neal
MICAELA L. NEAL, ESQ.,
Counsel for Central Valley Community Bank


WALTER & WILHELM LAW GROUP

By: /s/ Riley C. Walter
RILEY C. WALTER, ESQ.,
Counsel for Various Secured Growers

**ORIGINAL**

Dated: Apr 17, 2015

_____
W. Richard Lee
United States Bankruptcy Judge

| West Coast Growers, Inc Estimated Cash Flows Apr 19 - Apr 25 | | |
|---|---|---|
| **Income:** | | |
| **Cash Receipts** | | |
| Gilster Mary Lee (1 loads - 39,900 lbs) | $ | 42,817 |
| CalDak International (6 loads - 257,940 lbs) | $ | 243,000 |
| Shoei Foods (5 loads - 208,026 lbs) | $ | 221,328 |
| | $ | 507,145 |
| | | |
| **Fee CAP - Total Lbs 505,866 x 0.235/lb** | $ | 118,879 |
| | | |
| Expenses: | | |
| Materials @ Std | $ | 23,044 |
| Freight expense - Outbound | $ | 40,000 |
| Hourly Labor - Direct | $ | 13,980 |
| Insider Labor | $ | 3,657 |
| O/S Services - Inspections | $ | 3,000 |
| O/S Services - Pest Control | $ | - |
| O/S Services - Other | $ | 13,605 |
| Brokerage Domestic | $ | 7,646 |
| Supplies Maintenance | $ | - |
| Utilities Electric | $ | 275 |
| Utilities Waste Treatment | $ | 329 |
| Payroll Taxes | $ | 1,950 |
| R&M Plant Equipment | $ | - |
| R&M Forklifts Vehicles | $ | 1,027 |
| R&M Gas Oil & Grease (PROPANE) | $ | - |
| Supplies Office | $ | - |
| Supplies Misc | $ | 1,800 |
| Supplies Maintenance | $ | 3,652 |
| Telephone Local | $ | 428 |
| Rent & Lease Other - Copy Machine | $ | 250 |
| Rent & Lease Other - Wireless Internet | $ | - |
| Property Tax - Plant per lease agreement | $ | - |
| Insurance General | $ | - |
| Employee Benefits Insurance | $ | - |
| Insurance Work Comp | $ | - |
| **Total Expenses** | $ | 114,644 |
| | | |
| Total Transfer to Grower Account | $ | 392,500.56 |

Exhibit __A__

Page __5__

| West Coast Growers, Inc<br>Estimated Cash Flows<br>Apr 26 - May 2 | | |
|---|---|---|
| **Income:** | | |
| **Cash Receipts** | | |
| *CalDak International (6 loads - 257,940 lbs)* | $ | 200,600 |
| *Shoei Foods (4 loads - 164,024 lbs)* | $ | 177,134 |
| *Gilster (2 loads- 79,800 lbs)* | $ | 85,632 |
| | $ | 463,366 |
| | | |
| ***Fee CAP - 501,764 Total Lbs  x 0.235/lb*** | $ | 117,915 |
| | | |
| Expenses: | | |
| Materials @ Std | $ | 17,000 |
| Freight expense - Outbound | $ | 35,000 |
| Hourly Labor - Direct | $ | 17,080 |
| Insider Labor | $ | 780 |
| O/S Services - Inspections | $ | 3,362 |
| O/S Services - Pest Control | $ | - |
| O/S Services - Other | $ | 6,000 |
| Brokerage Domestic | $ | - |
| Supplies Maintenance | $ | - |
| Utilities Electric | $ | - |
| Utilities Waste Treatment | $ | - |
| Payroll Taxes | $ | 2,000 |
| R&M Plant Equipment | $ | 3,110 |
| R&M Forklifts Vehicles | $ | - |
| R&M Gas Oil & Grease (PROPANE) | $ | - |
| Supplies Office | $ | 1,884 |
| Supplies Misc | $ | - |
| Supplies Maintenance | $ | 755 |
| Telephone Local | $ | 631 |
| Rent & Lease Other - Copy Machine | $ | - |
| Rent & Lease Other - Wireless Internet | $ | - |
| Property Tax - Plant per lease agreement | $ | - |
| Insurance General | $ | - |
| Employee Benefits Insurance | $ | 30,000 |
| Insurance Work Comp | $ | - |
| **Total Expenses** | $ | **117,603** |
| | | |
| Total Transfer to Grower Account | $ | 345,762.96 |

Exhibit_____A_____

Page_____6_____