# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: WEST COAST GROWERS, INC. A CALIFORN     Case No. 15-11079-CEF
Chapter 7
,
Debtor

**AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey M. Vetter, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $-3,250.00     Claims Discharged Without Payment: N/A

Total Expenses of Administration: $3,250.00

3) Total gross receipts of $ 0.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $0.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,250.00 | 3,250.00 | 3,250.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,257,687.59 | 1,257,687.59 | -3,250.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,260,937.59 | $1,260,937.59 | $0.00 |

4) This case was originally filed under Chapter 7 on March 20, 2015. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/20/2019     By: /s/Jeffrey M. Vetter
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | $0.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - Office of The United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,250.00 | $3,250.00 | $3,250.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P-2 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 1,257,687.59 | 1,257,687.59 | -3,250.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,257,687.59 | $1,257,687.59 | $-3,250.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11079-CEF    **Trustee:** (008820)    Jeffrey M. Vetter
**Case Name:** WEST COAST GROWERS, INC. A CALIFORN    **Filed (f) or Converted (c):** 12/29/15 (c)
**§341(a) Meeting Date:**

**Period Ending:** 05/20/19    **Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Refund from US Treasury to Pay US Trustee claim | 0.00 | 3,250.00 | | 0.00 | 3,250.00 |
| 1  Assets  Totals (Excluding unknown values) | **$0.00** | **$3,250.00** | | **$0.00** | **$3,250.00** |

**Major Activities Affecting Case Closing:**

this case was reopened and assigned to jeff vetter. bob hawkins was the original trustee. the oust had a claim of $3250 that was to be paid. the case was reopened to pay the $3250. i received the check from bob hawkins. deposited the check and paid the $3250 to the oust.

03/20/19 em bob hawk. where's the check?

5/18/19 worked with bms to fix the deposit to show the $3250 was returned by the irs and reduced their claim by $3250 Claim 7P-2. the $3250 was then paid to the UST Claim 119. this took appx four hours.

05/20/19 TDR FILED TODAY

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    August 23, 2018  (Actual)

Filed 06/07/19 Case 15-11079 Doc 1111

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-11079-CEF  
**Case Name:** WEST COAST GROWERS, INC. A CALIFORN  

**Taxpayer ID #:** **-***5163  
**Period Ending:** 05/20/19  

**Trustee:** Jeffrey M. Vetter (008820)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/19 | | u.s. treasury | ck rec'd from hawkins(former trustee). proceeds refunded from irs claim 7P-2. refund will be paid to oust claim #119. | | | -3,250.00 | 3,250.00 |
| | | INTERNAL REVENUE SERVICE | -3,250.00 | 5800-000 | | | 3,250.00 |
| | | INTERNAL REVENUE SERVICE | | 5800-000 | | | 3,250.00 |
| 04/09/19 | 101 | Office of The United States Trustee (ADMINISTRATIVE) | | 2950-000 | | 3,250.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6166** | 0.00 | 0.00 | 0.00 |
| | $0.00 | $0.00 | $0.00 |

{} Asset reference(s)

Printed: 05/20/2019 09:42 AM V.14.50